IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:23-cv-00174

| | |
|---|---|
| **ROBERT H. DOWNS** )<br>)<br>   **Plaintiff,** )<br>)<br>   v. )<br>)<br>**CARIMUS, LLC, CARIMUS 401(k)** )<br>**P/S PLAN, and ANTHONY J. PEASE** )<br>)<br>   **Defendants,** )<br>)<br>) | **ORDER** |

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Approve Settlement Agreement and Motion for Approval of Attorneys' Fees Portion of Settlement. (Doc. Nos. 22, 23). In those motions, Plaintiff informs the Court that the Parties have reached a full resolution of their dispute and requests the Court's approval of the portion of the settlement related to his Fair Labor Standard Act (29 U.S.C. § 201 *et seq.*) ("FLSA") claims.

The Court has reviewed the motions and finds that the settlement, voluntarily executed by all Parties, is a reasonable resolution of their bona fide disputes, made in good faith and a result of an arms-length negotiation. Accordingly,

IT IS THEREFORE ORDERED that:

(a) The pending Motions to Approve the Parties' Settlement and Award Attorneys' Fees, Doc. Nos. 22, 23, are GRANTED;

(b) The portions of the Settlement Agreement ("Settlement Agreement"), a true and correct copy of which is attached as <u>Exhibit A</u> to the Memorandum in Support of Motion to

Approve Settlement, which relate to settlement of the Plaintiff's FLSA claims are approved and authorized in their entirety; and

(c) The Parties are hereby authorized to execute any further documents necessary to effectuate and conclude the settlement, including a Joint Stipulation of Dismissal, after payment of the settlement funds is complete and as further set forth in the Settlement Agreement.

IT IS SO ORDERED.

Signed: September 7, 2023

Kenneth D. Bell
United States District Judge